UNITED STATES DISTRICT COURT
WESTERN WASHINGTON OF WASHINGTON
AT SEATTLE

LAMONE T. BLUE,

    Plaintiff,

vs.

DOC-SOU-MCC, et al.,

    Defendants.

CASE NO. C06-173-RSM-MJB

REPORT AND RECOMMENDATION

On June 19, 2006, this Court granted Plaintiff's motion to proceed *in forma pauperis*, however the Court declined to serve the Complaint. Dkts. # 18 and 2, respectively. Alternatively, the plaintiff was given an opportunity to amend his complaint. An amended complaint (Dkt. # 23) was filed. After careful review, the Court finds that the previously identified deficiencies were not corrected and thus, the Amended Complaint remains deficient.

It is therefore recommended that the Amended Complaint be dismissed under Title

REPORT AND RECOMMENDATION
C06-173-RSM-MJB                  1

28 U.S.C. §1915 (e) (2) (B) (ii) for failure to state a claim upon which relief can be granted. A proposed Order accompanies this Report and Recommendation.

DATED this 24th day of January, 2007.

*/s/ M.J. Benton*
MONICA J. BENTON
United States Magistrate Judge

REPORT AND RECOMMENDATION
C06-173-RSM-MJB                          2